**BARNETT BANK OF MARION COUNTY, N.A. a national banking association, Plaintiff–Counter–Defendant, Appellant, Cross–Appellee,**

v.

**Tom GALLAGHER, Insurance Commissioner of the State of Florida, Fla. Dept. of Insurance, a state agency, Defendants–Appellees, Cross–Appellants,**

**Florida Association of Life Underwriters, Professional Insurance Agents of Florida, Inc., Florida Associations of Insurance Agents, Defendants–Counter–Claimants, Appellees–Cross–Appellants.**

No. 93–3508.

United States Court of Appeals, Eleventh Circuit.

June 12, 1996.

David M. Wells, Peter E. Nicandri, Jacksonville, FL, for appellant.

David J. Busch, Tallahassee, Florida, Scott A. Sinder, Ann M. Kappler, Arti K. Rai, Washington, DC, J. Robert McClure, Jr., F. Townsend Hawkes, Tallahassee, FL, for appellees.

Virginia B. Townes, Akerman, Senterfitt & Eidson, P.A., Orlando, Florida, Amicus Brief, for Florida Bankers Association.

Anthony J. Steinmeyer, Jacob M. Lewis, U.S. Dept. of Justice, Civil Division, Appellate Staff, Washington, DC, Daniel Y. Sumner, Florida Dept. of Insurance, Tallahassee, FL, for cross-appellants.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before COX, Circuit Judge, FAY, Senior Circuit Judge, and CARNES *, District Judge.

PER CURIAM:

Prior report: —— U.S. ——, 116 S.Ct. 1103, 134 L.Ed.2d 237.

On March 26, 1996, the Supreme Court issued its opinion in this matter. Thereafter, on April 29, 1996 the Court issued its judgment. Pursuant to the ruling this matter is remanded to the district court for proceedings in accordance with the opinion and judgment.

REVERSED and REMANDED.